# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| Woodbridge Group of Companies, LLC | : Case No.: 17-12560 (BLS) |
| Debtor. | : |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : **MEDIATION STATUS REPORT** |
| Plaintiff, | : Adv. Proc. No.: 19-50351 (BLS) |
| v. | : |
| Lawrence J. Paynter, | : |
| Defendants. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    _____    Mediation sessions are scheduled to occur on

    _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    __X__    OTHER: The Mediator is working with counsel to schedule a date for mediation. The Mediator expects to have a mediation date scheduled within the next 10 days.

Dated: January 18, 2021

    */s/ Ian Connor Bifferato*
    Ian Connor Bifferato (DE #3273)
    The Bifferato Firm P.A.
    1007 N. Orange Street, 4th Floor
    Wilmington, DE 19801